**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE, SUITE C244
LITTLE ROCK, AR 72201

G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE

OFFICE: (501) 604-5160
FAX: (501) 604-5167

March 28, 2008

**<u>LETTER ORDER</u>**

To:
Philip Brooks, Jr. at pbrooks@monbar.com
Damon C. Miller at damon.miller@usdoj.gov
John H. DeYampert, Jr. at john.de.yampert@usdoj.gov
Tom Janoush at dradford @wesjan.com

Re: *Mississippi Limestone Corp. v. U.S.*, Case No. 4:06-CV-01097 GTE

Dear Counsel,

In preparation for the trial to the Court beginning April 7, 2008, I have reviewed the pleadings and the parties' pre-trial submissions. I write to schedule a pre-trial conference, to be conducted by telephone, for Wednesday, April 2, 2008. My office will initiate the call promptly at 10:30 a.m. In addition to lead trial counsel for all parties you should identify all others who intend to participate in the call by providing phone numbers accordingly to my courtroom deputy, Cherie Westbrook.

I also wish to raise a substantive issue with the parties. The United States contends in its trial brief that there is a legal issue as to "[w]hether the United States has waived sovereign immunity for the claims and/or negligence theories advanced by Mississippi Limestone and/or Jantran." Elsewhere in the same brief, the United States contends that "it may challenge the Court's subject matter jurisdiction." If the United States has a valid challenge to this Court's subject matter jurisdiction, or if there is any unbriefed issue relating to the government's waiver of sovereign immunity, such issue must be raised pre-trial or the Court will consider it forfeited. In any event, the Court will not proceed to trial until it has satisfied itself that it has subject matter jurisdiction. Accordingly, if the United States intends to pursue such issues then it shall file with the Court a supplemental trial brief, including supporting legal authority, not later than **Monday, March 31, 2008, at 1:00 p.m.** Alternatively, if the United States concedes this Court's subject matter jurisdiction and waiver of sovereign immunity then it shall so state.

Additionally, the Court notes that all parties in their Pre-trial Disclosure Sheets have identified "Proposed Stipulations." The Court hereby directs that parties to respond to their adversaries proposals by noting their agreement or disagreement with same. Such responses shall

be in the Court's hands not later than **Tuesday, April 1, 2008, at 1:00 p.m.**

With regard to trial exhibits, the Court directs the parties to confer and to identify those exhibits which may be admitted without objection and those which may not. Finally, the Court urges the parties to consider using one joint set of exhibits to avoid duplication. The parties shall be prepared during Wednesday's telephone conference to pre-admit exhibits. For that purpose, all exhibit lists shall be in the Court's hands not later than **Wednesday, April 2, 2008, at 8:00 a.m.**

Finally, the Court notes that Jantran, in its Pre-trial Disclosure Sheet at paragraph 13, identifies certain outstanding discovery. Can the parties confirm that all discovery has been completed? If not, please be prepared to identify any outstanding discovery during the telephone conference and its current status.

I remain,

                                              Yours truly,

                                              /s/Garnett Thomas Eisele

                                              G. Thomas Eisele