**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MISSISSIPPI LIMESTONE CORP.**                                                          **PLAINTIFF**

**v.**                                    **NO. 4:06-CV-01097 GTE**

**UNITED STATES OF AMERICA**                                                        **DEFENDANT**

**v.**

**JANTRAN, INC, in personam and the
MOTOR VESSEL BROTHER WILSON, its Engines,
Apparel, Tackle Appurtenances, etc., in rem**         **THIRD-PARTY DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion filed in this matter on this same date, it is Considered, Ordered, and Adjudged that the Plaintiff Mississippi Limestone Corp. have and recover from Defendant United States the sum of Five Hundred Forty-Eight Thousand and Two Hundred Sixty-Two Dollars and Eighty-Six Cents ($548,262.86), with prejudgment interest accruing from February 6, 2005, forward, and postjudgment interest accruing from this date forward, both at the rate of 1.63 % per annum.

It is further Considered, Ordered, and Adjudged that the Third-Party Complaint against JANTRAN, Inc. be, and it is hereby, DISMISSED WITH PREJUDICE.

Dated this  10th  day of April, 2008.

                                                                           /s/Garnett Thomas Eisele
                                                                          UNITED STATES DISTRICT JUDGE