**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MISSISSIPPI LIMESTONE CORP.**             **PLAINTIFF**

**v.**            **NO. 4:06-CV-01097 GTE**

**UNITED STATES OF AMERICA**             **DEFENDANT**

**v.**

**JANTRAN, INC, in personam and the**
**MOTOR VESSEL BROTHER WILSON, its Engines,**
**Apparel, Tackle Appurtenances, etc., in rem**      **THIRD-PARTY DEFENDANT**

## ORDER AWARDING COSTS

Before the Court is a Bill of Costs filed by Plaintiff Mississippi Limestone Corporation ("MLC"). No objection to the request for costs has been filed. The Court awards costs as requested, to be paid by Defendant United States.

Following a bench trial, the Court entered Judgment for the Plaintiff MLC for the damages sustained to its vessel, the M/V CLINT DAVIS, as a result of the negligence of the U.S. Corps of Engineers and the U.S. Coast Guard. Plaintiff MLC is the prevailing party and is entitled to an award of costs pursuant to Fed. R. Civ. P. 54(d)(1), which states that "costs shall be allowed as of course to the prevailing party unless the court otherwise directs."

The "costs" which may be awarded to a prevailing party under Rule 54(d) are enumerated by statute and include the following:

       (1)     Fees of the clerk and marshal;

       (2)     Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

    (3)  Fees and disbursements for printing and witnesses;

    (4)  Fees for exemplification and copies of papers necessarily obtained for use in the case;

. . .

28 U.S.C. § 1920.

The Court has reviewed the Bill of Costs submitted by Plaintiff. The cost items requested appear to be reasonable and necessary.

Accordingly, without any objection from Defendant,

IT IS HEREBY ORDERED THAT Plaintiff Mississippi Limestone's Motion for Costs (Doc. # 44) be, and it is hereby, GRANTED. Mississippi Limestone is hereby awarded costs in the sum of FOUR THOUSAND NINE HUNDRED SIXTY-SEVEN DOLLARS and TWENTY-FIVE CENTS ($4,967.25). Said amount is due and payable immediately by Defendant United States of America.

IT IS SO ORDERED this   9th   day of May, 2008.

              _/s/Garnett Thomas Eisele_____
              UNITED STATES DISTRICT JUDGE